**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No: 09-cv-00550-JLK

BRENDAN L. BOCK, on Behalf of Himself and all Others Similarly Situated,

    Plaintiff,

v.

OPPENHEIMER ROCHESTER NATIONAL MUNICIPALS,
OPPENHEIMERFUNDS, INC.,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
BRIAN F. WRUBLE,
JOHN V. MURPHY,
BRIAN W. WIXTED,
DAVID K. DOWNES,
MATTHEW P. FINK,
ROBERT G. GALLI,
PHILLIP A. GRIFFITHS,
MARY F. MILLER,
JOEL W. MOTLEY,
RUSSEL S. REYNOLDS,
JOSEPH M. WIKLER,
PETER I. WOLD,
RONALD H. FIELDING,
DANIEL G. LOUGHRAN,
SCOTT S. COTTIER,
CLAYTON K. YEUTTER, and
TROY E. WILLIS,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO VACATE RESPONSE DATE
AND RESETTING RESPONSE DATE**

This matter is before the Court on Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Oppenheimer Rochester National Municipals, John V. Murphy, Brian W. Wixted, Ronald H. Fielding, Daniel G. Loughran, Troy E. Willis, and Scott S. Cottier's ("Defendants") Unopposed Motion to Vacate Response Date (doc. #61), filed May 27, 2009. The motion is **GRANTED**. It is

**ORDERED** that:

1.      The minute order dated April 10, 2009 ordering Defendants to answer or respond to the individual complaint filed in the above-captioned action on or before June 8, 2009 is **VACATED**;

2.      Defendants shall have no obligation to respond to the individual complaint filed in the above-captioned action;

3.      Defendants shall file and serve answer(s) or motion(s) to dismiss the consolidated complaint within sixty (60) days after service of the consolidated complaint;

4.      This Order is without prejudice to, or waiver of, any rights, arguments or defenses otherwise available to the parties to this action, including, but not limited to, any challenge to the assertion of personal jurisdiction over one or more of the Defendants or regarding whether venue is proper in this Court.

Dated:  May 29, 2009

BY THE COURT:

*s/John L. Kane*
John L. Kane
United States District Court Judge